# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **WALTER EDDIE McCOMB** | § | **PETITIONER** |
| | § | |
| v. | § | **CIVIL ACTION NO. 1:08CV595-LG-RHW** |
| | § | |
| **ARTHUR LAWLER** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendation [6] entered by United States Magistrate Judge Robert H. Walker on January 27, 2009, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendations [6] of United States Magistrate Judge Robert H. Walker, be, and the same hereby are, adopted as the finding of this Court. This lawsuit is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 10th day of February, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE